NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**3D SYSTEMS, INC.,**
*Plaintiff-Appellee,*

v.

**ENVISIONTEC, INC., ENVISIONTEC GMBH, AND SIBCO, INC.,**
*Defendants-Appellants.*

---

2012-1099

---

Appeal from the United States District Court for the Eastern District of Michigan in Case No. 05-CV-74891, Senior Judge Avern Cohn.

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

## ORDER

3D Systems, Inc. moves to dismiss Envisiontec's appeal for lack of appellate jurisdiction. Envisiontec opposes. 3D Systems replies.

We deem it the better course to deny the motion without prejudice to 3D Systems raising its jurisdictional arguments in its brief.

Accordingly,

(1) IT IS ORDERED THAT:

(2) The motion is denied.

(3) The appellants' opening brief is due within 30 days of the date of this order.

FOR THE COURT

AUG 0 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Sidney David, Esq.
     Adrian M. Pruetz, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 1 2012

JAN HORBALY
CLERK